# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KATHERINE ELLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:21-cv-00164-DCLC-CHS |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant, | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon Plaintiff's Counsel's Petition for Award of Attorney Fees Under Section 206(b) of the Social Security Act [Doc. 33]. Defendant Commissioner's Response [Doc. 36] does not oppose Plaintiff's Counsel's Motion.

Plaintiff's Counsel's request for fees is based on past due benefits awarded to Plaintiff. The Court has carefully considered the record and finds that the $8,512.50 fee sought is reasonable under the circumstances for the work performed.

Accordingly, the undersigned **RECOMMENDS** that:

1) Plaintiff's Counsel's Petition for Award of Attorney Fees [Doc. 33] be **GRANTED**;

2) Plaintiff's Counsel be awarded $8,512.50 in attorney fees; and

3) Plaintiff's Counsel be **ORDERED**, upon receipt of the fees under Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1), to refund to Plaintiff the fees previously awarded under the Equal Access to Justice Act in the amount of $5,552.60.

**ENTER**.

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE