UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| KATHERINE ELLER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00164-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 37]. In the R&R, the magistrate judge recommends that Plaintiff's counsel's Petition for Award of Attorney Fees under Section 206(b) of the Social Security Act [Doc. 33] be granted. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 37] is **ADOPTED**, and Plaintiff's counsel's Petition for Award of Attorney Fees under Section 206(b) [Doc. 33] is **GRANTED**. Plaintiff's counsel is **AWARDED** $8,512.50 in attorney fees, and Plaintiff's counsel is **ORDERED**, upon receipt of the fees under Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1), to refund to Plaintiff the fees previously awarded under the Equal Access to Justice Act in the amount of $5,552.60.

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge